IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:20 CR 133 |
| Plaintiff, | ) |
| v. | ) |
| DOUGLAS D. BENNS, | ) MOTION TO SEAL INDICTMENT |
| Defendant. | ) |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Brian M. McDonough, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): Threat to public.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed

for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

          Respectfully submitted,

          JUSTIN E. HERDMAN
          United States Attorney

By:  /s/ Brian M. McDonough
          Brian M. McDonough (OH: 0072954)
          Assistant United States Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622-3965
          (216) 522-8354 (facsimile)
          Brian.McDonough@usdoj.gov