IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 20-CR-133 |
| Plaintiff, | : | |
| | : | JUDGE DONALD C. NUGENT |
| vs. | : | |
| DOUGLAS D. BENNS, | : | **JOINT MOTION TO CONTINUE SENTENCING** |
| Defendant | : | |

The United States of America and defendant Douglas D. Benns, through undersigned counsel, respectfully move to continue the sentencing currently scheduled for January 26, 2022 to a date in March 2022, given the status of a related case (21 CR 699).

Respectfully submitted,

| UNITED STATES ATTORNEY BRIDGET BRENNAN | BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP |
|---|---|
| */s/ Brian M. McDonough* <br> BRIAN M. McDONOUGH <br> United States Court House <br> 801 West Superior Avenue, Suite 400 <br> Cleveland, Ohio 44113 <br> Phone: 216.622.3965 <br> Email: Brian.McDonough@usdoj.gov <br><br> *Attorney for the United States of America* | */s/ Stephen Chahn Lee* <br> STEPHEN CHAHN LEE (*pro hac vice*) <br> MICHAEL D. MEUTI (0087233) <br> 200 Public Square, Suite 2300 <br> Cleveland, OH 44114-2378 <br> Phone (216) 363-4500 <br> Fax: (216) 363-4588 <br> Email: slee@beneschlaw.com, <br> mmeuti@beneschlaw.com <br><br> *Attorneys for Defendant Douglas D. Benns* |

**CERTIFICATE OF SERVICE**

I certify that on November 23, 2021 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's Filing System.

*/s/ Stephen Chahn Lee*
STEPHEN CHAHN LEE (*pro hac vice*)
MICHAEL D. MEUTI (0087233)

*Attorneys for Defendant Douglas D. Benns*
