IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 20-CR-133 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE DONALD C. NUGENT |
| vs. | : | |
| | : | |
| DOUGLAS D. BENNS, | : | **UNOPPOSED MOTION TO CONTINUE SENTENCING** |
| | : | |
| Defendant | : | |

Defendant Douglas D. Benns, through undersigned counsel, respectfully moves to continue the sentencing currently scheduled for March 11, 2022 to a date in May 2022, given the status of a related case (21 CR 699) and given defendant's recent health issues.

The government has no objection to this request.

Respectfully submitted,

BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP

*/s/ Stephen Chahn Lee*
STEPHEN CHAHN LEE (*pro hac vice*)
MICHAEL D. MEUTI (0087233)
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Phone (216) 363-4500
Fax:  (216) 363-4588
Email: slee@beneschlaw.com,
mmeuti@beneschlaw.com

*Attorneys for Defendant Douglas D. Benns*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 21, 2022 a copy of the foregoing Motion was filed electronically.

Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties

indicated on the electronic filing receipt.  Parties may access this filing through the Court's Filing

System.

<u>*/s/ Stephen Chahn Lee*</u>
STEPHEN CHAHN LEE (*pro hac vice*)
MICHAEL D. MEUTI (0087233)

*Attorneys for Defendant Douglas D. Benns*