IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 20-CR-133 |
| Plaintiff, | : | |
| | : | JUDGE DONALD C. NUGENT |
| vs. | : | |
| DOUGLAS D. BENNS, | : | **MOTION TO CONTINUE SENTENCING** |
| Defendant | : | |

Defendant Douglas D. Benns, through undersigned counsel, respectfully moves to continue the sentencing currently scheduled for June 14, 2022 to late July or August, given the status of a related case (21 CR 699) and given defendant's health issues.

Counsel for the government is out of the office and has not stated its position on this specific motion. The government had no objection to an earlier request to move the sentencing to sometime in June or July.

Respectfully submitted,

BENESCH FRIEDLANDER COPLAN & ARONOFF, LLP

*/s/ Stephen Chahn Lee*
STEPHEN CHAHN LEE (*pro hac vice*)
MICHAEL D. MEUTI (0087233)
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Phone (216) 363-4500
Fax:  (216) 363-4588
Email: slee@beneschlaw.com,
mmeuti@beneschlaw.com

*Attorneys for Defendant Douglas D. Benns*

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2022 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's Filing System.

*/s/ Stephen Chahn Lee*
STEPHEN CHAHN LEE (*pro hac vice*)
MICHAEL D. MEUTI (0087233)

*Attorneys for Defendant Douglas D. Benns*