UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 1:20CR00133 |
| DOUGLAS D. BENNS, | |
| Defendant. | |

### SENTENCING COMMENTARY FOR DOUGLAS D. BENNS

Defendant Douglas Benns, through counsel Johanes Maliza, Michael Meuti, and Erin Baldwin of Benesch, Friedlander, Coplan & Aronoff, respectfully requests the following sentence, pursuant to 18 U.S.C. § 3553(a):

1. Mr. Benns respectfully requests that the Court impose a within-guidelines sentence of (a) 12 months of probation, to include a condition requiring four months of home detention; (b) no fine; (c) restitution in the amount of $20,000; (d) no supervised release; and (e) the mandatory special assessment.

2. Mr. Benns respectfully requests that, if the Court imposes a custodial sentence, the Court recommend that he be designated to FMC Lexington, to attend to his medical needs. If there is no space available in the medical center, as defense counsel estimates that Mr. Benns will be designated "minimum" security level, he

asks that the Court recommend he be sent to the camp at Lexington, or to the nearest camp to Cleveland as possible.

3. Mr. Benns will not present any witnesses or testimony at the hearing, though he asks the Court to consider the character letters he attaches here, along with the medical records he submits as sealed attachments to the Memorandum of Law.

4. A memorandum of law is filed herewith in support of this Commentary.

WHEREFORE Mr. Benns respectfully requests a sentence of (a) 12 months of probation, to include a condition requiring four months of home detention; (b) no fine; (c) restitution in the amount of $20,000; (d) no supervised release, and (e) the mandatory special assessment.

July 25, 2022

Respectfully submitted,

Douglas Benns, Defendant,


s/ Johanes Maliza
Johanes Christian Maliza (86875)
Michael D. Meuti (87233)
BENESCH FRIEDLANDER COPLAN &
ARONOFF, LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Phone: (216) 363-4500
Fax: (216) 363-4588
Email: jmaliza@beneschlaw.com
mmeuti@beneschlaw.com

Erin Baldwin (100878)
BENESCH FRIEDLANDER COPLAN &
ARONOFF, LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215-6164
Phone (614) 223-9345
Fax: (614) 223-9330
enbaldwin@beneschlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2022, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes Maliza
*Attorney for Defendant*
