Allison Benns

Hon. Donald C. Nugent
U.S. District Court
Cleveland, Ohio 441214

Judge Nugent,

I am writing this letter about my Dad. My Dad has always been there for my family, our extended family, and countless others. I'm not sure how many of these letters you received, but I am sure it could be significantly more, if he asked. But, knowing my Dad, he was to embarrassed to ask everyone he could. He has also been a good role model. He works hard and always tries to do what is right. He is the guy who will give you the shirt off his back. Over the last several years I have watched him work himself to near death trying to make the project that caused this succeed.

For my entire life, he has served in our church and continuously, volunteered all of the time and helped so many other people. He always does this quietly and with little or no recognition. Even with his disability, he does what he can. Making calls helping people get through tough times by being there for them. He has with all of us in the family as well.

An example or who my Dad's is. A year and a half ago my grandpa was found 40 minutes from his house in Florida. He was in bad shape, disoriented and lost. At the hospital we were told that my grandpa would be headed to a full time nursing home. Extended family members wanted to have him become a ward of the state in Florida, and let him go there (basically die in a bed alone). My Dad did not believe that was going to happen, and went to work. He coordinated with the doctors, found the best rehab hospital in the region, and send us to help live (because he couldn't go himself). It killed him to not be able to be there, as he could not leave Northeast Ohio. But, he coached my grandpa everyday by phone and used us as his hands. Within three months, my grandpa was able to come to an assisted living and get somewhat of a life back. This is because of my dad. Today, my dad maintains that same role, coordinating everything, managing his doctors visits, and helping him to keep fighting. He is the reason my grandpa is alive today. He has done much of the same with my little sister over the years with her chronic illness.

I'm am sure that you hear from lot's of people on things like this, but I just wanted you to have my perspective, about my Dad and who he is. He works everyday to do what is right.

Sincerely,

Allison Benns

| | |
|---|---|
| Subject: | Doug Benns Letter |
| Date: | 7/25/2022 1:18 PM |
| From: | "Gennaro Luce" <​████████​> |
| To: | "enbaldwin@beneschlaw.com" <enbaldwin@beneschlaw.com>, "jmaliza@beneschlaw.com" <jmaliza@beneschlaw.com> |

Dear Judge Nugent,

I've known Doug Benns for 10 years. We met through my company Sequentia, a Cleveland company providing transition-of-care services to hospitals and post-acute care providers going on our eighth year locally.

Mr. Benns has been working closely with me and others that have developed/launched two other medical/health and wellness enterprises, also based in Cleveland, with team environments built, hired and working to launch nationwide. These companies create software platforms designed help people better their health and wellness and medical outcomes.

Through my business experience with Doug, I've observed him to be:

- Selfless. He goes out of his way to help others and is thoughtful and supportive.
- Exceptionally well connected to a broad and diverse business network and can and has routinely leveraged those relationships and connections for the benefit of others.

Through our business relationship over the past decade, Doug Benns has become a trusted friend to me and my twin eighteen year-old boys.

Doug Benns has proven to be a critical team member of our mutual business ventures, and without his dedicated involvement, these enterprises and their prospects—and their ability to serve others—will suffer and experience setbacks. I have experienced few that can provide the kind of insight, strategic thinking, industry knowledge and network connectivity that Doug Benns can. He is unique in this way and our startup enterprises, which our teams have dedicated their lives to, depend in serious measure on Doug's talents and capabilities. The many benefits these enterprises are slated to deliver to countless people throughout the country will be undermined without Doug's continued and energetic involvement.

Many good people, especially his family, rely on Doug's presence in their lives. His importance to his family and those he works with cannot be understated.

Sincerely,

Gennaro Luce
CEO
Cleveland, Ohio

| | |
|---|---|
| Subject: | Douglas Benns -- United States v. Benns |
| Date: | 7/25/2022 3:06 PM |
| From: | "David Speaker" <s█████████████████> |
| To: | "enbaldwin@beneschlaw.com" <enbaldwin@beneschlaw.com>, "jmaliza@beneschlaw.com" <jmaliza@beneschlaw.com> |

Dear Judge Nugent,

I've known Doug since 1985. 37 years. I've worked with him professionally on many entrepreneurial business projects, and consider him a good and trusted friend. I've been working with him since early 2018 on a health and wellness venture in Ohio.

Doug is a man of faith and deeply involved in his church, an active church member for all the years I've known him. He's never had any form of substance abuse problem or issue—a direct result of his faith. He's also dedicated to his family, a great father to his children, and very involved in community activities. He's a very giving person. He's just not the kind of guy that would ever cheat others.

He's one of the hardest working and innovative guys I know. He's helped me personally and professionally solve countless problems, countless times. He's always there to help.

Concerning Plasma Igniter and its related organizations like American Plasma Energy Group (APEG), I worked with Doug and others for several years on that start-up development project. Everyone worked very hard and with dedication. Many made incredible sacrifices on the path to launching that business. Everyone involved—a team of exceptionally competent and experienced people—believed earnestly and with good reason that the technology was revolutionary and transformative (for the world economy and the environment). They also believed in the program and its prospects because they believed in Doug Benns.

Doug Benns was by far the individual who sacrificed the most and gave the most energy and focus to driving the Plasma program and enterprises forward through many development hurdles, successes and failures. He persevered through thick and thin to ensure the companies' goals were attained. Doug jumped through all kinds of hoops to build the Plasma Igniter and APEG enterprises and was in many ways the central linchpin holding the many moving parts together.

Mr. Benns is the one person who tirelessly dedicated himself to connecting all the dots and aligning all the elements necessary to ensure the success of building, launching, and commercializing a transformative engine technology company. Along the way he was instrumental in keeping all the key players engaged and in sync. His deep and studied industry knowledge and insight was critical to organizational decision-making and advancement.

Given what he'd put on the line to get the company developed and launched—including many personal and professional network connections who also sacrificed and took great risks—Mr. Benns did all he could to ensure the company's integrity, reputation, and prospects for success. Moreover, he did this with the utmost integrity and with a mind to protecting the interests of others affected by his actions.

Mr. Benns has also suffered from significant physical/medical limitations over the years that have degraded and worsened with time. Despite those conditions and the persistent burdens they impose on his functional/physical mobility, he fights through it (day-by-day) and continues to dedicate himself to tasks at hand in service of his family and business interests. Despite the pain and immobility, he continues doing right by others and driving his business and life efforts and energies toward success.

All because he truly has a passion for building enterprises that serve the big picture and doing good for others.

Doug has always had a strong entrepreneurial vision and a passion for pursuing his entrepreneurial missions. He has dedicated himself for the entire time I've known him to developing programs and enterprises open entrepreneurial nature that are designed to provide benefits to the community and others and he's always been the type of person who strives to change the world for the better. He's dedicated himself to that aim consistently throughout the whole time I've known him.

Doug matters *a lot* to many people. His work is important, and his missions are good. Doug's ability to continue serving in his business and family roles is essential to his family, and his businesses. If Doug Benns is unable to continue fulfilling his myriad roles and responsibilities in those equations, tremendous harm will result. Many good outcomes will be forsaken.

Sincerely,

David Speaker

Bay Village, Ohio