UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 1:20CR00133 |
| DOUGLAS D. BENNS, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF MOTION**

Defendant Douglas Benns, through counsel Johanes Maliza of Benesch, Friedlander, Coplan and Aronoff, respectfully gives Notice that he withdraws his motion for a sentence reduction (Dkt. No. 71).

January 20, 2023

Respectfully submitted,

Douglas Benns, Defendant,

s/ Johanes Maliza
Johanes Christian Maliza (86875)
BENESCH FRIEDLANDER COPLAN &
ARONOFF, LLP
200 Public Square, Suite 2300
Cleveland, OH  44114-2378
Phone         (216) 363-4500
Fax:          (216) 363-4588
Email:        jmaliza@beneschlaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on January 20, 2023, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Johanes Maliza<br>
<em>Attorney for Defendant</em>